# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
jying@morrisnichols.com

December 8, 2025

The Honorable Sherry R. Fallon                                   *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Unit 14
Wilmington, DE 19801-3555

    Re: *Safety Holdings Inc. v. Sentinel Information Systems LLC et al.*;
      C.A. No. 24-1224 (RGA)

Dear Judge Fallon:

  Pursuant to D. Del. L.R. 7.1.2(b), Plaintiff Safety Holdings Inc. d/b/a SambaSafety ("SambaSafety") respectfully submits this notice of subsequent authorities in support of SambaSafety's Opposition (D.I. 30) to the InformData Defendants'[1] Motion to Dismiss (D.I. 23).

  On November 11, 2025, Judge Bibas, sitting by designation, denied a motion to dismiss a complaint for trade secret misappropriation. *Montway LLC v. Navi Transp. Servs. LLC*, C.A. No. 25-381, 2025 WL 3151403 (D. Del. Nov. 11, 2025) (Ex. 1). In *Montway*, former employees left the market leader in automotive shipping services to form a competing venture that delivered similar services. *Id.* at *1-2. Like the instant case, the defendants complained that the plaintiffs' allegations under the Defend Trade Secret Act ("DTSA") were "circumstantial and insufficiently specific," and the defendants supplied their own narrative as to the market conditions. *Id*. at *5. By evaluating the facts presented in the complaint and applying the controlling teachings in *Oakwood Laboratories LLC v. Thanoo*, 999 F.3d 892, 905 (3d Cir. 2021), the Court determined that the plaintiffs had asserted "facts giving rise to the plausible inference that [the d]efendants misappropriated its trade secrets." *Id*. at *6.

  On November 24, 2025, Judge Andrews denied a motion to dismiss a claim for trade secret misappropriation under the Defend Trade Secret Act ("DTSA") in *The Imagine Group, LLC v. Biscanti et al.,* C.A. No. 25-1137, 2025 WL 3268486 (D. Del. Nov. 24, 2025) (Ex. 2). There,

---

[1] Sentinel Information Systems LLC, InformData Holdings, LLC, InformData, LLC (collectively, "InformData Defendants").

The Honorable Sherry R. Fallon
December 8, 2025
Page 2

citing *Oakwood,* the Court held that the plaintiff sufficiently pleaded the existence of at least one trade secret and corresponding misappropriation. *Id*. at *2-3.

SambaSafety submits that these cases further support denying the InformData Defendants' motion to dismiss.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY/rah
Enclosures
cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and e-mail)